UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CHAIM N. MUSKAT, STAR FINANCIAL LLC, and SEPHARDIC TORAH AND RETURN CENTER, INC.,

                Plaintiffs,

-against-

ALEXANDER MOSESSON (a.k.a. SENDER MOSESSON, a.k.a. ALEXANDER TENNENBAUM, a.k.a. SENDER TENNENBAUM),

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
08-CV-1575 (JG)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ MAR 2 6 2009 ★

P.M. _____
TIME A.M. _____

An Order of Honorable John Gleeson, United States District Judge, having been filed on January 14, 2009, adopting the unopposed Report and Recommendation of Magistrate Judge Ramon E. Reyes, Jr., dated December 10, 2008; and dismissing the case; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the unopposed Report and Recommendation of Magistrate Judge Ramon E. Reyes, Jr., is adopted; and that judgment is hereby entered dismissing the case.

Dated: Brooklyn, New York
       March 26, 2009

ROBERT C. HEINEMANN
Clerk of Court

By Terry Vaughn
*Chief Deputy*